IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RAPHAEL HALL, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-148 |
| v. | |
| BOARD OF REGENTS FOR THE UNIVERSITY SYSTEM OF GEORGIA, | |
| Defendant. | |

### TRIAL PREPARATION SCHEDULING ORDER

With the parties having held a conference pursuant to the Order and Notice of Trial Preparation Requirements and the Court having conducted a Trial Preparation Scheduling Conference with the parties on September 13, 2023, the Court issues the following deadlines in anticipation of trial in this case.

| | |
|---|---|
| Deadline for *de bene esse* depositions | October 4, 2023 |
| Deadline for filing of witness lists | October 18, 2023 |
| Deadline for filing of deposition designations | November 3, 2023 |
|    Deadline for objections to deposition designations | November 17, 2023 |
|    Deadline for responses to objections to deposition designations | November 24, 2023 |

| | |
|---|---:|
| Deadline for filing of exhibit lists | November 3, 2023 |
| Deadline for objections to exhibit lists | November 17, 2023 |
| Deadline for responses to objections to exhibit lists | November 24, 2023 |
| Deadline for motions in limine | November 3, 2023 |
| Deadline for responses to motions in limine | November 17, 2023 |
| Deadlines for replies to responses to motions in limine | November 24, 2023 |
| Deadline for consolidated proposed pretrial order | January 2, 2024 |
| Deadline for proposed *voir dire* questions and proposed jury charges | January 2, 2024 |
| Deadline for objections to proposed *voir dire* questions and proposed jury charges | January 8, 2024 |
| Pretrial Conference date | February 6, 2024 |
| First day of trial | February 13, 2024 |

**SO ORDERED**, this 20th day of September, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA